David PARKS, Movant–Appellant,

v.

STATE of Missouri, Respondent.

No. ED 77437.

Missouri Court of Appeals,
Eastern District,
Division Four.

Oct. 17, 2000.

S. Paige Canfield, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Karen L. Kramer, Asst. Atty. Gen., Jefferson City, for respondent.

Before LAWRENCE E. MOONEY, P.J., PAUL J. SIMON and SHERRI B. SULLIVAN, JJ.

### ORDER

PER CURIAM.

Movant, David Parks, appeals from a judgment denying his Rule 29.15 motion for post-conviction relief without an evidentiary hearing.

The findings and conclusions of the motion court are based on findings of fact that are not clearly erroneous. No error of law appears. An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum for their information only, setting forth the reasons for this order.

We affirm the judgment pursuant to Rule 84.16(b)(2).

Darryl SHANNON, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 77568.

Missouri Court of Appeals,
Eastern District,
Division Two.

Oct. 17, 2000.

Nancy L. Vincent, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Stacy L. Anderson, Asst. Atty. Gen., Jefferson City, for respondent.

Before CLIFFORD H. AHRENS, P.J., WILLIAM H. CRANDALL, Jr., J., and JAMES R. DOWD, J.

### ORDER

PER CURIAM.

Defendant Darryl Shannon appeals the denial of his motion to vacate judgment and sentence for unlawful use of a weapon, § 571.030.1(1), RSMo 1994; and resisting arrest, § 575.150, RSMo 1994. Shannon was sentenced to nine years in the Department of Corrections on each count to be served concurrently.

We have examined the briefs and the record on appeal and find no error of law. An extended opinion reciting the detailed facts and restating the principles of law would serve no precedential or jurisprudential value. The judgment is affirmed in accordance with Rule 84.16(b).